

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-20-00104-CV

---

STEVEN DENNY, APPELLANT

V.

LAWRENCE M. DOSS, APPELLEE

---

On Appeal from the 251st District Court, Potter County, Texas
Trial Court No. 109,616-CV, Honorable W. Stacy Trotter, Presiding by Assignment

---

April 7, 2020

## ORDER

Before QUINN, C.J., PIRTLE, PARKER, and DOSS, JJ.

The foregoing matter involves an appeal from a final judgment voiding a primary election for Justice, Place 4, Court of Appeals for the Seventh District of Texas. Being justices on that Court of Appeals or a litigant in the underlying suit, each member of the Court has recused herself or himself from the cause. Accordingly, the appeal is referred to the Texas Supreme Court for transfer to another court of appeals or for the assignment of three justices to entertain it, as that Court deems appropriate.

Per Curiam